**Order entered June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00081-CV

**BANK OF AMERICA, N.A., Appellant**

**V.**

**TFHSP SERIES LLC SERIES 315, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02267-2013**

## ORDER

We **GRANT** appellant's June 18, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than June 23, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
          JUSTICE